AO 240A (Rev. 12/03)

# UNITED STATES DISTRICT COURT
Eastern District of California

Denise Meyer

CASE NUMBER: 2:16-cv-00708-WBS-EFB

Plaintiff,

v.

**ORDER ON APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES**

Life Insurance Company of North America

Defendant.

Having considered the application to proceed without prepayment of fees under 28 USC §1915;

IT IS ORDERED that the application is GRANTED.

The clerk is directed to file the complaint.

IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff.

Dated: April 6, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE