**RIMAC MARTIN, P.C.**
Anna M. Martin – CSBN 154279
amartin@rimacmartin.com
1051 Divisadero Street
San Francisco, CA 94115
Telephone: (415) 561-8440
Facsimile: (415) 561-8430

Attorneys for Defendant
LIFE INSURANCE COMPANY OF NORTH AMERICA

**DAVID ALLEN & ASSOCIATES**
David Allen – CSBN 87193
dallen@davidallenlaw.com
5230 Folsom Boulevard
Sacramento, CA  95819
Phone: (916) 455-4800
Fax: (916) 451-5687

Attorneys for Plaintiff
DENISE MEYER

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENISE MEYER, | ) CASE NO.: 2:16-cv-00708-WBS-EFB |
| Plaintiff, | ) **STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE;** |
| v. | ) **[PROPOSED] ORDER** |
| LIFE INSURANCE COMPANY OF NORTH AMERICA, and DOES 1 to 100, | ) |
| Defendants. | ) |

**IT IS HEREBY STIPULATED** by and between Plaintiff DENISE MEYER and LIFE INSURANCE COMPANY OF NORTH AMERICA by and through their counsel of record herein, that the captioned action may be, and hereby is, dismissed with prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

The parties shall bear their own respective attorney fees and costs of suit.

Counsel for the filing party hereby attests that concurrence in filing of this document has been obtained by each of the other signatories to this document.  The conformed signature herein shall serve in lieu of their original signatures on this document. Upon order of the Court, this filing party shall produce records which support the concurrence of all signatories to this document.

                                              **RIMAC MARTIN, P.C.**

DATED:  December 5, 2016     By:   */s/ Anna M. Martin*
                                                            ANNA M. MARTIN
                                                            Attorneys for Defendant
                                                            LIFE INSURANCE COMPANY OF
                                                            NORTH AMERICA

DATED:  December 5, 2016     By:   */s/ David Allen*
                                                            DAVID ALLEN
                                                            Attorneys for Plaintiff
                                                            DENISE MEYER

1  **IT IS SO ORDERED.**

3  Dated:  December 6, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE